Case Name: LINDEMAN, CHRISTINE C.
Case No:     08-70327

## **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 2/6/09                      WILLIAM T. NEARY
                                      United States Trustee, Region 11

                            BY:   */s/ Carole J. Ryczek*
                                  CAROLE J. RYCZEK
                                  Attorney for the U.S. Trustee