UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| LINDEMAN, CHRISTINE C | ) | CASE NO. 08-70327-MLB |
| | ) | |
| Debtor(s). | ) | Hon. MANUEL BARBOSA |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  U.S. Bankruptcy Court, 211 S. Court Street, Rockford, IL 61101

    On: Monday, March 4, 2009          Time: 9:30 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                          $100,676.04

    Disbursements                                     $30,000.00

    Net Cash Available for Distribution               $70,676.04

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Daniel M. Donahue<br>*Trustee* | $0.00 | $2,492.39 | $0.00 |
| McGreevy Williams<br>*Attorney for Trustee* | $0.00 | $3,825.00 | $330.71 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6.     In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7.     Claims of general unsecured creditors totaling $10,540.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 102.2281% at the T-Bill rate of 2.0800%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Capital Recovery II | $162.67 | $166.29 |
| 3 | Discover Bank/DFS Services LLC | $4,261.50 | $4,356.45 |
| 4 | Account Recovery Services | $142.14 | $145.31 |
| 5 | Rockford Mercantile | $1,381.96 | $1,412.75 |
| 6 | Rock Valley Federal Credit Union | $4,592.62 | $4,694.95 |

8.     Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

9.     Back to Debtor claims totaling $53,252.19 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 100.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 0 | Lindeman, Christine C | $53,252.19 | $53,252.19 |

10.     Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11.     The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Need to set up a Clerk Address field in Judge Linkages., or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12.     Debtor(s) have not been discharged.

13.     The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Real Property | $49,000.00 |
| Cash on hand | $40.00 |

| | |
|---|---:|
| Checking Account | $400.00 |
| Household goods and furnishings | $2,000.00 |
| Wearing Apparel | $200.00 |
| Insurance policy - State Farm | $0.00 |
| Great West Retirement | $24,000.00 |
| Metropolitan Life Roth IRA | $9,354.00 |
| 1999 Chrysler Sebring | $3,000.00 |
| 1986 Grand Marquis | $200.00 |
| 1968 Starcraft 16-17' boat | $200.00 |
| 2007 income tax refund | $1,200.00 |

Dated: January 27, 2009                    /s/ Daniel M. Donahue, Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cshabez               Page 1 of 1              Date Rcvd: Feb 09, 2009
Case: 08-70327                 Form ID: pdf002             Total Served: 26

The following entities were served by first class mail on Feb 11, 2009.
db           +Christine C Lindeman,   2215 15th Avenue,   Rockford, IL 61104-5633
aty           Daniel M Donahue,   P. O. Box 2903,   Rockford, IL  61132-2903
aty          +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
               Rockford, Il 61108-2579
tr            Daniel Donahue,   P O Box 2903,   Rockford, IL  61132-2903
11935352     +Accounty Recovery Services,   POB 2526,   Loves Park, IL 61132-2526
11935353     +Bank of America,   POB 15726,   Wilmington, DE 19886-5726
11935354     +Camelot Radiology,   POB 1086,   Indianapolis, IN 46206-1086
11935355     +Capital One Bank,   Blatt, Hassenmiller, Lebsker, etc.,   211 Landmark Drive, Suite E-5,
               Normal, IL 61761-6165
11935356      Colonial Savings/Mortgage Services,   2626B West Freeway,   Fort Worth, TX 76102
11935358     +Hartsough Dermatology,   7402 E. Riverside Blvd.,   Loves Park, IL 61111-5630
11935360     +Orthopedic Rehab Specialists,   POB 1508,   Rockford, IL 61110-0008
11935361     +Rock Valley Credit Union,   619 Enterprise Drive,   Oak Brook, IL 60523-1971
12828831     +Rock Valley Federal Credit Union,   11280 Forest Hills Rd.,   Machesney Park, IL 61115-8232
11935362     +Rockford Gastroenterology,   401 Roxbury,   Rockford, IL 61107-5078
11935363     +Rockford Health Physicians,   2300 No. Rockton Ave.,   Rockford, IL 61103-3619
11935364     +Rockford Health System,   POB 14125,   Rockford, IL 61105-4125
11935365     +Rockford Memorial Hospital,   POB 14125,   Rockford, IL 61105-4125
11935366     +Rockford Mercantile,   2502 So. Alpine Road,   Rockford, IL 61108-7813
11935367      Rockford Mercantile Agency,   2502 Wo. Alpine Road,   Rockford, IL 61108
11935369     +Rockford Municipal ECU,   425 E. State Street,   Rockford, IL 61104-1068

The following entities were served by electronic transmission on Feb 09, 2009.
12688908     +E-mail/PDF: rmscedi@recoverycorp.com Feb 09 2009 23:48:40     Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
11935357      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 10 2009 03:01:30     Discover Card,   POB 30943,
               Salt Lake City, UT 84130
12433655      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 10 2009 03:01:30
               Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
11935359     +E-mail/PDF: gecsedi@recoverycorp.com Feb 09 2009 23:49:28     Old Navy,   POB 530942,
               Atlanta, GA 30353-0942
12688909      E-mail/PDF: rmscedi@recoverycorp.com Feb 09 2009 23:48:38
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12402895     +E-mail/PDF: rmscedi@recoverycorp.com Feb 09 2009 23:49:20
               Recovery Management Systems Corporation,   For GE Money Bank,   dba OLD NAVY,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          Daniel Donahue,   P O Box 2903,   Rockford, IL  61132-2903
11935368*     Rockford Mercantile Agency,   2502 Wo. Alpine Road,   Rockford, IL 61108
                                                                                               TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 11, 2009**               **Signature:** *Joseph Speetjens*