UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:   CHAPTER 7

LINDEMAN, CHRISTINE C   CASE NO. 08-70327-MLB

Debtor(s).   HON. MANUEL BARBOSA

## FINAL DISTRIBUTION REPORT

I, DANIEL M. DONAHUE, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $6,648.10 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $10,540.89 |
| Interest (726(a)(5)): | $234.86 |
| Surplus to Debtor (726(a)(6)): | $53,254.58 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $70,678.43 |

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $6,648.10 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Daniel M. Donahue Trustee Compensation | $2,492.39 | $2,492.39 |
| | McGreevy Williams Attorney for Trustee Fees | $3,825.00 | $3,825.00 |
| | McGreevy Williams Attorney for Trustee Expenses | $330.71 | $330.71 |
| | **CLASS TOTALS** | **$6,648.10** | **$6,648.10** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 4,566.31 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 000001 | Capital Recovery II General Unsecured 726 | $162.67 | $162.67 |
| 000003 | Discover Bank/DFS Services LLC General Unsecured 726 | $4,261.50 | $4,261.50 |
| 000004 | Account Recovery Services General Unsecured 726 | $142.14 | $142.14 |
|  | **CLASS TOTALS** | $4,566.31 | $4,566.31 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 5,974.58 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 000005 | Rockford Mercantile Tardy General Unsecured 726 | $1,381.96 | $1,381.96 |

| 000006 | Rock Valley Federal Credit Union Tardy General Unsecured 726 | $4,592.62 | $4,592.62 |
|---|---|---|---|
| | **CLASS TOTALS** | **$5,974.58** | **$5,974.58** |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 10,540.89 | 2.23 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 000001 | Capital Recovery Ii General Unsecured 726 | $162.67 | $3.62 |
| 000003 | Discover Bank/DFS Services LLC General Unsecured 726 | $4,261.50 | $94.95 |
| 000004 | Account Recovery Services General Unsecured 726 | $142.14 | $3.17 |
| 000005 | Rockford Mercantile Tardy General Unsecured 726 | $1,381.96 | $30.79 |
| 000006 | Rock Valley Federal Credit Union Tardy General Unsecured 726 | $4,592.62 | $102.33 |
| | **CLASS TOTALS** | **$10,540.89** | **$234.86** |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 53,254.58 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Lindeman, Christine C Surplus Funds Paid to Debtor 726 | $53,254.58 | $53,254.58 |
| | **CLASS TOTALS** | **$53,254.58** | **$53,254.58** |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN/ BARRED (DESIGNATE) |
|---|---|---|---|---|
| Secured | 000002 | Rockford Municipal ECU | 9,245.30 | Barred |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 3/4/09                                   /s/ Daniel M. Donahue, Trustee