# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re:<br>LINDEMAN, CHRISTINE C<br><br>  Debtor(s) | §<br>§<br>§<br>§<br>§ | Case No. 08-70327 MLB |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 89,594.00 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 10,775.75 | Claims Discharged<br>Without Payment: 52,846.85 |
| Total Expenses of Administration: 6,648.10 | |

3) Total gross receipts of $ 100,678.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 83,254.58 (see **Exhibit 2**), yielded net receipts of $ 17,423.85 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (4/1/2009) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 48,200.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 6,648.10 | 6,648.10 | 6,648.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 52,846.85 | 10,540.89 | 10,540.89 | 10,775.75 |
| **TOTAL DISBURSEMENTS** | **$ 101,046.85** | **$ 17,188.99** | **$ 17,188.99** | **$ 17,423.85** |

4) This case was originally filed under chapter 7 on 02/08/2008. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/09/2009         By:/s/DANIEL M. DONAHUE
                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury | 1142-000 | 100,629.06 |
| Post-Petition Interest Deposits | 1270-000 | 49.37 |
| **TOTAL GROSS RECEIPTS** | | **$ 100,678.43** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CHRISTINE C LINDEMAN | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 30,000.00 |
| CHRISTINE C LINDEMAN | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 53,254.58 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 83,254.58** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Colonial Savings/Mortgage Services<br>2626B West Freeway<br>Fort Worth, TX 76102 | | 38,000.00 | NA | NA | 0.00 |
| Rockford Municipal ECU<br>425 E. State Street<br>Rockford, IL 61104 | | 10,200.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | $ 48,200.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | 2100-000 | NA | 2,492.39 | 2,492.39 | 2,492.39 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 3,825.00 | 3,825.00 | 3,825.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 330.71 | 330.71 | 330.71 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,648.10 | $ 6,648.10 | $ 6,648.10 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Accounty Recovery Services POB 2526 Loves Park, IL 61111 | | 142.14 | NA | NA | 0.00 |
| Bank of America POB 15726 Wilmington, DE 19886 | | 16,567.39 | NA | NA | 0.00 |
| Camelot Radiology POB 1086 Indianapolis, IN 46206 | | 97.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital One Bank<br>Blatt, Hassenmiller, Lebsker, etc.<br>211 Landmark Drive, Suite E-5<br>Normal, IL 61761 | | 19,836.47 | NA | NA | 0.00 |
| Discover Card<br>POB 30943<br>Salt Lake City, UT 84130 | | 3,721.19 | NA | NA | 0.00 |
| Hartsough Dermatology<br>7402 E. Riverside Blvd.<br>Loves Park, IL 61111 | | 160.03 | NA | NA | 0.00 |
| Old Navy<br>POB 530942<br>Atlanta, GA 30358 | | 134.82 | NA | NA | 0.00 |
| Orthopedic Rehab Specialists<br>POB 1508<br>Rockford, IL 61110 | | 5,713.00 | NA | NA | 0.00 |
| Rock Valley Credit Union<br>619 Enterprise Drive<br>Oak Brook, IL 60523 | | 4,775.88 | NA | NA | 0.00 |
| Rockford Health Physicians<br>2300 No. Rockton Ave.<br>Rockford, IL 61103 | | 12.24 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Rockford Health System POB 14125 Rockford, IL 61105 | | 360.90 | NA | NA | 0.00 |
| Rockford Memorial Hospital POB 14125 Rockford, IL 61105 | | 1,151.57 | NA | NA | 0.00 |
| Rockford Mercantile 2502 So. Alpine Road Rockford, IL 61108 | | 12.02 | NA | NA | 0.00 |
| Rockford Mercantile Agency 2502 Wo. Alpine Road Rockford, IL 6110 | | 162.20 | NA | NA | 0.00 |
| ACCOUNTY RECOVERY SERVICES | 7100-000 | NA | 142.14 | 142.14 | 142.14 |
| CAPITAL RECOVERY II | 7100-000 | NA | 162.67 | 162.67 | 162.67 |
| DISCOVER BANK/DFS SERVICES LLC | 7100-000 | NA | 4,261.50 | 4,261.50 | 4,261.50 |
| ROCK VALLEY FEDERAL CREDIT UNION | 7200-000 | NA | 4,592.62 | 4,592.62 | 4,592.62 |
| ROCKFORD MERCANTILE | 7200-000 | NA | 1,381.96 | 1,381.96 | 1,381.96 |
| ACCOUNTY RECOVERY SERVICES | 7990-000 | NA | NA | NA | 3.17 |

UST Form 101-7-TDR (4/1/2009) (Page: 8)

| CLAIMANT | UNIFORM TRAN. CODE | SCHEDULED CLAIMS (from Form 6F) | ASSERTED CLAIMS (from Proof of Claim) | ALLOWED CLAIMS | CLAIMS PAID |
|---|---|---|---|---|---|
| CAPITAL RECOVERY II | 7990-000 | NA | NA | NA | 3.62 |
| DISCOVER BANK/DFS SERVICES LLC | 7990-000 | NA | NA | NA | 94.95 |
| ROCK VALLEY FEDERAL CREDIT UNION | 7990-000 | NA | NA | NA | 102.33 |
| ROCKFORD MERCANTILE | 7990-000 | NA | NA | NA | 30.79 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 52,846.85 | $ 10,540.89 | $ 10,540.89 | $ 10,775.75 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit 8

Case No: 08-70327  MLB  Judge: MANUEL BARBOSA
Case Name: LINDEMAN, CHRISTINE C

For Period Ending: 05/13/09

Trustee Name: DANIEL M. DONAHUE
Date Filed (f) or Converted (c): 02/08/08 (f)
341(a) Meeting Date: 03/13/08
Claims Bar Date: 10/08/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 49,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on hand | 40.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking Account | 400.00 | 0.00 | DA | 0.00 | FA |
| 4. Household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Wearing Apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 6. Insurance policy - State Farm | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. Great West Retirement | 24,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Metropolitan Life Rotha IRA | 9,354.00 | 0.00 | DA | 0.00 | FA |
| 9. 1999 Chrysler Sebring | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 10. 1986 Grand Marquis | 200.00 | 0.00 | DA | 0.00 | FA |
| 11. 1968 Starcraft 16-17' boat | 200.00 | 0.00 | DA | 0.00 | FA |
| 12. 2007 income tax refund | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 13. Personal Injury | Unknown | 100,629.06 | | 100,629.06 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 49.37 | FA |

TOTALS (Excluding Unknown Values)  $89,594.00  $100,629.06  $100,678.43

Gross Value of Remaining Assets: $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report has been filed

Initial Projected Date of Final Report (TFR): / /   Current Projected Date of Final Report (TFR): / /

LFORM1
UST Form 101-7-TDR (4/1/2009) (Page: 9)

Ver: 14.31a

Case 08-70327 Doc 39 Filed 06/24/09 Entered 06/24/09 10:58:43 Desc Main
Document Page 10 of 13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 08-70327 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | LINDEMAN, CHRISTINE C | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0179 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3439 | | |
| For Period Ending: | 05/13/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/24/08 | 13 | STATE FARM LIFE INSURANCE | SETTLEMENT PROCEEDS: PI CLAIM | 1142-000 | 100,629.06 | | 100,629.06 |
| 07/31/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.80 | | 100,629.86 |
| 08/29/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.78 | | 100,642.64 |
| 09/30/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.38 | | 100,655.02 |
| 10/31/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 9.76 | | 100,664.78 |
| 11/13/08 | 001000 | CHRISTINE C LINDEMAN 2215 15TH AVE ROCKFORD, IL 61104-5633 | SURPLUS FUNDS TO DEBTOR | 8200-002 | | 30,000.00 | 70,664.78 |
| 11/28/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 7.43 | | 70,672.21 |
| 12/31/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 3.83 | | 70,676.04 |
| 01/30/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.19 | | 70,677.23 |
| 02/27/09 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.08 | | 70,678.31 |
| 03/04/09 | 14 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.12 | | 70,678.43 |
| 03/04/09 | | Transfer to Acct #*******1295 | Final Posting Transfer | 9999-000 | | 70,678.43 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 100,678.43 | 100,678.43 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 70,678.43 | |
| Subtotal | | 100,678.43 | 30,000.00 | |
| Less: Payments to Debtors | | | 30,000.00 | |
| Net | | 100,678.43 | 0.00 | |

Page Subtotals    100,678.43    100,678.43

Ver: 14.31a

LFORM24

UST Form 101-7-TDR (4/1/2009) (Page: 10)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 08-70327 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | LINDEMAN, CHRISTINE C | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1295 GENERAL CHECKING |
| Taxpayer ID No: | *******3439 | | |
| For Period Ending: | 05/13/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/04/09 | | Transfer from Acct #*******0179 | Transfer In From MMA Account | 9999-000 | 70,678.43 | | 70,678.43 |
| 03/05/09 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 2,492.39 | 68,186.04 |
| 03/05/09 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,825.00 | 64,361.04 |
| 03/05/09 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 330.71 | 64,030.33 |
| 03/05/09 | 000103 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Claim 000001, Payment 102.2% | | | 166.29 | 63,864.04 |
| | | | Claim     162.67 | 7100-000 | | | 63,864.04 |
| | | | Interest     3.62 | 7990-000 | | | 63,864.04 |
| 03/05/09 | 000104 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000003, Payment 102.2% | | | 4,356.45 | 59,507.59 |
| | | | Claim     4,261.50 | 7100-000 | | | 59,507.59 |
| | | | Interest     94.95 | 7990-000 | | | 59,507.59 |
| 03/05/09 | 000105 | Accounty Recovery Services<br>POB 2526<br>Loves Park, IL 61111 | Claim 000004, Payment 102.2% | | | 145.31 | 59,362.28 |
| | | | Claim     142.14 | 7100-000 | | | 59,362.28 |
| | | | Interest     3.17 | 7990-000 | | | 59,362.28 |
| 03/05/09 | 000106 | Rockford Mercantile<br>2502 So. Alpine Road<br>Rockford, IL 61108 | Claim 000005, Payment 102.2% | | | 1,412.75 | 57,949.53 |
| | | | Claim     1,381.96 | 7200-000 | | | 57,949.53 |
| | | | Interest     30.79 | 7990-000 | | | 57,949.53 |
| 03/05/09 | 000107 | Rock Valley Federal Credit Union<br>11280 Forest Hills Rd. | Claim 000006, Payment 102.2% | | | 4,694.95 | 53,254.58 |

Page Subtotals     70,678.43     17,423.85

Ver: 14.31a

LFORM24
UST Form 101-7-TDR (4/1/2009) (Page: 11)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 08-70327 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | LINDEMAN, CHRISTINE C | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1295 GENERAL CHECKING |
| Taxpayer ID No: | *******3439 | | |
| For Period Ending: | 05/13/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/05/09 | 000108 | Machesney Park, IL. 61115<br><br>CHRISTINE C LINDEMAN<br>2215 15TH AVE<br>ROCKFORD, IL 61104-5633 | Claim          4,592.62<br>Interest        102.33<br>Surplus Funds | 7200-000<br>7990-000<br>8200-002 | | 53,254.58 | 53,254.58<br>53,254.58<br>0.00 |

|  |  | COLUMN TOTALS | 70,678.43 | 70,678.43 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers/CD's | 70,678.43 | 0.00 | |
|  |  | Subtotal | 0.00 | 70,678.43 | |
|  |  | Less: Payments to Debtors | | 53,254.58 | |
|  |  | Net | 0.00 | 17,423.85 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******0179 | 100,678.43 | 0.00 | 0.00 |
| GENERAL CHECKING - *******1295 | 0.00 | 17,423.85 | 0.00 |
| | 100,678.43 | 17,423.85 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          53,254.58

Ver: 14.31a

LFORM24
UST Form 101-7-TDR (4/1/2009) (Page: 12)

**Bank of America**

```
CUSTOMER CONNECTION                         Account Number       4429751295
BANK OF AMERICA, N.A.                       01 01 148 06 M0000 E#         1
DALLAS, TEXAS  75283-2406                   Last Statement:      03/31/2009
                                            This Statement:      04/30/2009
```

```
                                            Customer Service
                                            1-877-757-8233
ESTATE OF
LINDEMAN, CHRISTINE C, DEBTOR
DANIEL M. DONAHUE - TRUSTEE                 Page        1 of    2
08-70327
C/O GLOBAL GOVERNMENT BANKING               Bankruptcy Case Number:0870327
***** TX1-492-08-16 *****
```

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

```
Statement Period 04/01/2009 - 04/30/2009   Statement Beginning Balance    4,694.95
Number of Deposits/Credits            0    Amount of Deposits/Credits          .00
Number of Checks                      1    Amount of Checks               4,694.95
Number of Other Debits                0    Amount of Other Debits              .00
                                           Statement Ending Balance            .00
Number of Enclosures                  1
                                           Service Charge                      .00
```

### Withdrawals and Debits

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 107 | 4,694.95 | 04/10 | 8392075474 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/31 | 4,694.95 | 4,694.95 | 04/30 | .00 | .00 |
| 04/10 | .00 | .00 | | | |